## 10627.   WINSHIP *v.* THE STATE.

BROYLES, P. J. 1. The excerpts from the charge of the court, complained of in the first two special grounds of the motion for a new trial, when considered in connection with the entire charge and the facts of the case, are not erroneous.

2. In the light of the notes of the judge, qualifying his approval of the remaining special grounds of the motion for a new trial, the other assignments of error are without merit.

3. The verdict was authorized by the evidence, and, having been approved by the judge, this court is without authority to set it aside.

*Judgment affirmed. Bloodworth and Stephens, JJ., concur.*

DECIDED SEPTEMBER 18, 1919.

Accusation of operating automobile while under the influence of intoxicating liquor; from city court of Macon—Judge Guerry. May 13, 1919.

*Roland Ellis, C. A. Glawson,* for plaintiff in error.

*Will Gunn, solicitor,* contra.

---

## 10127.   BARBER *v.* ATLANTIC COAST LINE RAILROAD CO.

STEPHENS, J. 1. None of the excerpts from the charge excepted to, when considered in the light of the entire charge and the facts of the case, contains material error.

2. The verdict was authorized by the evidence.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*

DECIDED SEPTEMBER 19, 1919.

Action for damages; from Grady superior court—Judge Harrell. September 7, 1918.

*W. T. Crawford, W. V. Custer, Bell & Weathers,* for plaintiff.

*Pope & Bennet, W. J. Willie, A. P. Cain,* for defendant.